UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WITHLEY HOLLINS,

  Plaintiff,                                   CASE NO.:  3:18-cv-00759-DPJ-FKB

v.

DRIVETIME AUTOMOTIVE GROUP, INC.
d/b/a DRIVETIME CAR SALES COMPANY,
LLC and BRIDGECREST CREDIT
COMPANY, LLC,

Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, WITHLEY HOLLINS, and the Defendants, DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME CAR SALES COMPANY, LLC AND BRIDGECREST CREDIT COMPANY, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30~~25~~th day of October, 2019.

**[SIGNATURE BLOCKS TO FOLLOW ON SEPARATE PAGE]**

**/s/ Rocky Wilkins**
Rocky Wilkins, Esquire
Mississippi Bar No.: 99707
Morgan & Morgan Tampa, PLLC
4450 Old Canton Road, Suite 200
Telephone: (601) 503-1654
Facsimile: (601) 503-1606
Primary Email: RWilkins@ForThePeople.com
*Attorney for Plaintiff*

**/s/ Woods Drinkwater**
Woods Drinkwater MSB 104844
Nelson Mullins Riley & Scarborough, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Phone: (615) 664 – 5307
woods.drinkwater@nelsonmullins.com

Robert Sickles, Esquire
robert.sickles@nelsonmullins.com
Yesica Liposky, Esquire
yesica.liposky@nelsonmullins.com
Nelson Mullins Broad and Cassel
100 North Tampa Street, Suite 3500
Tampa, Florida 33602
Phone: (813) 225-3027
*Attorneys for Defendants*